# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

\* \* \*

| | |
|---|---|
| SONNY RAY HARDAWAY, | 2:08-CV-1663-PMP-GWF |
| Plaintiff, | |
| vs.. | O R D E R |
| STATE OF CALIFORNIA, et al., | |
| Defendants. | |

Before the Court for consideration is Plaintiff Sonny Ray Hardaway's Motion to Proceed *In Forma Pauperis* (Doc. #2) filed July 18, 2008. On February 20, 2009, the Honorable George Foley Jr., United States Magistrate Judge, entered an Order & Findings and Recommendations (Doc. #7) recommending that (Doc. #2) be granted. Magistrate Judge Foley's Report further recommended dismissal of Plaintiff Hardaway's Complaint (Doc. #1).

On March 4, 2009, Plaintiff filed an Objection to Magistrate Judge Foley's Report and Recommendation (Doc. #10).

The Court has conducted a de novo review of the record in this case in accordance with 28 U.S.C.§ 636(b)(1)(B) and (C) and Local Rule IB 3-2 and determines that Magistrate Judge Foley's Report of Findings and Recommendation

should be Affirmed.

**IT IS THEREFORE ORDERED that** Plaintiff Sonny Ray Hardaway's Motion to Proceed *In Forma Pauperis* (Doc. #2) is GRANTED.

**IT IS FURTHER ORDERED that** Plaintiff Hardaway's Complaint (Doc. #1) be DISMISSED with prejudice.

DATED: March 19, 2009.

PHILIP M. PRO
United States District Judge